No. 89–6945.   PINELLI *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 89–6972.   LAKE *v.* CALIFORNIA.   Ct. App. Cal., 5th App. Dist.   Certiorari denied.

No. 89–7009.   CASTILLO ET AL. *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 89–7084.   SHARP *v.* KEMNA, SUPERINTENDENT, WESTERN MISSOURI CORRECTIONAL CENTER.   C. A. 8th Cir.   Certiorari denied.

No. 89–7086.   SMALLEY *v.* CONROY.   C. A. 3d Cir.   Certiorari denied.

No. 89–7089.   RENTSCHLER *v.* MISSOURI.   Sup. Ct. Mo.   Certiorari denied.

No. 89–7096.   LYNCH *v.* PEARCE ET AL.; and LYNCH *v.* MAASS, SUPERINTENDENT, OREGON STATE PENITENTIARY, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 89–7099.   HORNER *v.* ILLINOIS.   App. Ct. Ill., 2d Dist. Certiorari denied.

No. 89–7107.   AUSTIN *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.   C. A. 8th Cir.   Certiorari denied.

No. 89–7109.   ALLUSTIARTE ET AL. *v.* COOPER.   C. A. 9th Cir.   Certiorari denied.

No. 89–7111.   ALLUSTIARTE ET AL. *v.* COOPER.   C. A. 9th Cir.   Certiorari denied.

No. 89–7112.   WALKER *v.* CADILLAC MOTOR CAR DIVISION ET AL.   Sup. Ct. Ohio.   Certiorari denied.

No. 89–7118.   MARTIN *v.* SUPREME COURT OF PENNSYLVANIA ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 89–7119.   MARTIN *v.* SUPREME COURT OF PENNSYLVANIA. Sup. Ct. Pa.   Certiorari denied.